## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 - 1 | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Suppressed | | |

**DOCKET ENTRY TEXT**

Government's motion for material witness is granted. Enter Order. The clerk is directed to issue the arrest warrants, forthwith.

■ [ For further detail see separate order(s).]

*warrants issued 8/25/08*

| | Courtroom Deputy Initials: | MF |
|---|---|---|