# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 08 CR 669 |
| | ) | Judge Samuel Der-Yeghiayan |
| CHRISTOPHER P. WEST, et. al. | ) | |

## ORDER

This matter coming before the Court on the Motion of the United States for Material Witness

Warrants,

IT IS HEREBY ORDERED that the Motion of the United States is granted, and the material

witness warrants shall be issued.

Honorable John W. Darrah
United States District Judge

DATED: August 25th, 2008

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

BY
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: 8/25/08