# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 - 1, 4, 5, 7 | **DATE** | 8/26/2008 |
| **CASE TITLE** | USA vs. Christopher West, Tahir Ramin, Noor Alam, Abdul Bakhshi | | |

**DOCKET ENTRY TEXT**

Arraignment hearing called. At the parties' request, arraignment and plea reset to 08/27/08 at 2:00 p.m. Defendants to remain in custody until further order of the Court without objection.

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | maw |
|---|---|---|