## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Christopher West, et al. | | |

**DOCKET ENTRY TEXT**

Initial appearance held as to material witnesses Kiomars Rafi, Ziaulhaq, and Bashir Ahmat. The Government's oral motion to keep the motion for witness warrants, arrest warrants, affidavits, and memoranda of points and authorities under seal as to these witnesses is granted without objection. The Government moves to detain these witnesses. Kiomars Rafi, Ziaulhaq, and Bashir Ahmat's rights to a detention hearing are hereby waived without prejudice to move at a later date. Kiomars Rafi, Ziaulhaq, and Bashir Ahmat are hereby remanded to the custody of the U.S. Marshal and are to remain in custody until further order of the Court. Status hearing set for 10/28/08 at 9:30 a.m. as to these witnesses.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | maw |
|---|---|---|