# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  US v Christopher West            Case Number: 08CR669

08 CR 669

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: DEFENDANT CHRISTOPHER WEST

(In the space below, enter the name of the party or parties being represented)

NAME (Type or print)
J. CLIFFORD GREENE, JR.

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ J. Clifford Greene Jr.

FIRM
LAW OFFICE OF J. CLIFFORD GREENE, JR.

STREET ADDRESS
53 W. JACKSON BLVD. SUITE 1304

CITY/STATE/ZIP
CHICAGO, IL  60604

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
|  | 312-663-1400 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")  yes

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")  yes

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")  yes

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")  yes

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL          (APPOINTED COUNSEL)

FILED
8-27-08
AUG 27 2008

Judge Samuel Der-Yeghiayan
U.S. District Court