Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 - 1 | **DATE** | 9/2/2008 |
| **CASE TITLE** | USA vs. Christopher West | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant is order released after processing and after posting of a quit claim deed for the property known as _____. The Clerk of Court is directed to forward a copy of this Court's order to the U.S. Marshal. Enter Order Setting Conditions of Release.

Docketing to mail notices.

2:00

3 cc USM

Courtroom Deputy Initials: maw