

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 08-669 |
| v. | ) | Judge Der-Yeghiayan |
| | ) | |
| CHRISTOPHER WEST, et. al. | ) | |
| | ) | |
| Defendants | ) | |

PROTECTIVE ORDER

This matter coming before this Court on the Motion of the United States for entry of a protective order concerning the disclosure of all discovery materials in this matter, the Court finds that limiting the further disclosure of the contents and substance of the discovery materials will not impede the defendants' ability to prepare and present a defense. Accordingly, in light of the confidential and sensitive information which may be disclosed in accordance with Federal Rule of Criminal Procedure 16 and other discovery obligations of the parties as provided by law,

IT IS HEREBY ORDERED:

1. All discovery material provided by the United States to the defendants through counsel shall be reviewed only by defendants, their attorneys of record, employees of such attorneys to whom it is necessary that the materials be shown for the purposes of preparation, trial, and appeal of this matter, witnesses or potential witnesses, and experts or consultants assisting in the preparation, trial and appeal of this matter. No additional copies of such materials shall be made except as necessary for the preparation, trial and appeal of this matter. Such witnesses, experts or consultants to whom discovery material is disclosed must be served

with a copy of this protective Order prior to disclosures of discovery material to them. The parties must keep a record of their service of this Order in the form of a log showing the name of each person to whom disclosure was made, or by maintaining a copy of this protective Order signed by the person to whom disclosure was made until such time as all appeals in this matter are concluded.

2. All discovery material disclosed by the United States shall be used solely for the preparation, trial and appeal of this matter and for no other purpose whatsoever. The contents or substance of the discovery materials disclosed to the defendants and the defendants' counsel shall not be disclosed to any other individual or entity in any manner except as provided in this protective Order.

3. Within 90 days from the conclusion of these proceedings and any direct appeal from these proceedings, the discovery materials disclosed by the United States and any duplicates made in the preparation, trial and direct appeal of this matter shall be returned to the United States, and all reasonably accessible copies of electronic materials shall be destroyed, unless the Court gives specific permission for an exception to this requirement.

SIGNED AND ENTERED this 28th day of October, 2008.

SAMUEL DER-YEGHIAYAN
UNITED STATES DISTRICT JUDGE