# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 | **DATE** | 6/2/2010 |
| **CASE TITLE** | UNITED STATES vs. CHRISTOPHER WEST, ET AL | | |

**DOCKET ENTRY TEXT**

Enter memorandum opinion and order. The Court grants in part the government's motion to exclude evidence and argument relating to the "Warlord Defense" and U.S. Military Operations [356], denies the government's motion in limine to preclude evidence and argument aimed at jury nullification [354], and denies defendants' motion to compel disclosure of AZ Corp.'s statements pursuant to Fed.R.Crim.P.16(a)(1)(C) [450].

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | TP |
|---|---|---|