# ReedSmith

Reed Smith LLP
10 South Wacker Drive
Chicago, IL 60606-7507
+1 312 207 1000
Fax +1 312 207 6400
reedsmith.com

Steven A. Miller
Direct Phone: +1 312 207 3857
Email: samiller@reedsmith.com

October 13, 2010

## VIA HAND DELIVERY AND ELECTRONIC FILING

Hon. David H. Coar
United States District Court
Eastern Division
219 South Dearborn Street
Suite 1419
Chicago, Illinois 60604

**Re:** *United States of America v. Christopher P. West, et al.* **(08 CR 669)**

Your Honor:

Pursuant to the Court's instruction at the status hearing and argument yesterday, the following chart outlines the various items that remain pending before this Court or before Magistrate Judge Ashman. Counsel will be prepared to provide any additional information the Court may require at the next status date set for October 21, 2010.

| Date Filed | Dkt. # | Description of Motion | Status | Judge |
|---|---|---|---|---|
| 4/19/2010 | 476 | Ramins' Joint Objections to the Magistrate's Decision Barring Economic Coercion Evidence | Taken under advisement [484]. | Coar |
| 4/19/2010 | 475 | Ramins' Joint Objections to the Magistrate's Decision Denying in Part Their Motion for Grand Jury Disclosure | Taken under advisement [484]. | Coar |
| 7/30/2010 | 586 | Ramins' Objections to the Government's Designation of Tahir Ramin's Interview Statements | No docket entry for ruling. | Coar |
| 10/6/2010 | 663 | Ramins' Motion to Compel Contact Information Needed for Defense Witness Subpoenas and Military Personnel Records | Government's response due by 10/20/2010 [673]. | Ashman |
| 10/6/2010 | 665 | Ramins' Motion To Compel Documents Relating to Audio Recordings | Government's response due by 10/20/2010 [673]. | Ashman |

ReedSmith

Hon. David H. Coar
October 13, 2010
Page 2

The defense also anticipates that there will be certain additional matters requiring pre-trial rulings. First, as the Court is aware, the government conducted three material witness depositions in or about October 2009. In addition, a total of five Rule 15 depositions were conducted in Afghanistan in September 2010. There are myriad objections by both the government and the defense that will need to be ruled upon in connection with the admission of this testimony, including both evidentiary and translation disputes, and then the videos will need to be edited and re-dubbed for trial purposes.

Second, the government recently filed its *Santiago* proffer on or about October 8, 2010. The defense intends to challenge the adequacy of this filing and the admission of the alleged statements, which will require substantial briefing and argument on the merits.

Third, once the agencies comply with the subpoenas pursuant to the Court's Order yesterday, the defense anticipates that there will be disputes about admissibility, classification, and related matters that will need to be resolved prior to trial. Magistrate Judge Ashman directed the parties to brief the appropriate procedures pursuant to the Classified Information Procedures Act ("CIPA") (filed at Docket Nos. 603 & 609) and has indicated that appropriate procedural safeguards would be implemented to address these concerns. Any security clearances, if ordered, will likely take several months to complete.

Finally, the defense anticipates that there will be various discovery and evidentiary matters that will require rulings by the Court prior to trial. The precise contours of these potential disputes are not yet known due to the outstanding documents that the government has been ordered to produce, but it is likely that the parties will not be able to work out some of these disputes and intervention by the Court will become necessary.

In light of these outstanding matters and for the reasons stated by the Court on the record yesterday, it is the defendants' understanding that all deadlines previously set for October 18 have been lifted until at least October 25, 2010, and perhaps longer depending upon the re-scheduling of the trial date. This includes the requirement to submit witness lists, exhibit lists, jury instructions, voir dire questions, and any other submissions by the defense previously scheduled for that date (just as the Court extended the government's parallel submission deadlines set for that date).

Sincerely,

Steven A. Miller

SAM:jl

cc:    All Counsel of Record – via E-Mail

ReedSmith

Hon. David H. Coar
October 13, 2010
Page 3

chuckaron@earthlink.net
agambinolaw@gmail.com
keri@ambrosiolegal.com
prestidigitate@sbcglobal.net
matthew_madden@fd.org
jcliffordgreene@msn.com
mfalconer@prodigy.net
USAILN.ECFAUSA@usdoj.gov
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
kirbybehre@paulhastings.com
emily.allen@usdoj.gov
mark.pletcher@usdoj.gov